IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSS REDDICK,

           Plaintiff,           No. 03:15-cv-00425-PK

     v.

GLOBAL CONTACT SOLUTIONS, LLC,    ORDER

           Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Papak issued a Findings and Recommendation (#30) on July 30, 3015 in which he recommends that this Court grant Plaintiff's motion to remand this action to state court. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de*

1 - ORDER

*novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [30].

Accordingly, Plaintiff's motion to remand this action to state court [7] is granted.

IT IS SO ORDERED.

DATED this 26 day of August, 2015.

                                       _____
                                       MARCO A. HERNANDEZ
                                       United States District Judge

2 - ORDER